UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ICOMMISSIONS.COM, L.L.C. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 09-122 |
| | * | |
| PHILLIP GRAY, ET AL | * | SECTION "B"(1) |

## ORDER

Considering the Unopposed Motion to Remand (Rec. Doc. No. 29);

**IT IS ORDERED** that said motion is hereby **GRANTED** and that the above numbered and entitled matter is **REMANDED** to the 22nd Judicial District Court for further proceedings.

New Orleans, Louisiana, this 8th day of April, 2009.

_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE